OPINION — AG — ** REIMBURSEMENT — JUDGMENT — EMINENT DOMIAN ** A COURT'S AWARD OF REIMBURSEMENT EXPENSES PURSUANT TO 27 O.S. 11 [27-11], 27 O.S. 12 [27-12] DOES 'NOT' CONSTITUTE A PORTION OF THE " JUDGMENT " SO AS TO BE SUBJECT TO POST JUDGMENT INTEREST PURSUANT TO 12 O.S. 727 [12-727] (CONDEMNATION, INTEREST COURT OF RECORD) CITE: 11 O.S. 1663 [11-1663](F), 27 O.S. 11 [27-11], 27 O.S. 12 [27-12], 12 O.S. 727 [12-727] (JOHN D. ROTHMAN)